UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 12-CR-295 PAM AJB |
| ) | |
| ERIC WADE FORCIER ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   (X) Ad Prosequendum   ( ) Ad Testificandum

Name of Detainee: ERIC WADE FORCIER
Detained at (custodian): Rice County Jail

Detainee is:  a.)  (X) charged in this district by:
            (X) Indictment    ( ) Information    ( ) Complaint
            Charging Detainee With: Interference with Commerce by Robbery

or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
or          b.)  (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary forthwith in the courtroom of the Magistrate on duty.

Dated: November 30, 2012

Amber M. Brennan, AUSA

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum   ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

12/3/12
Date

UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| A.K.A.(s) (if applicable): | Gender: Male |
| Booking or Fed. Reg.#: | DOB: |
| Facility Address: 118 3rd Street NW | Race: |
| Faribault, MN 55021 | FBI #: |
| Facility Phone: (507)332-6021 | |
| Currently Incarcerated For: | |

SCANNED
DEC. 0 4 2012
U.S. DISTRICT COURT ST. PAUL

------------------------------
RETURN OF SERVICE

Executed on _____ by _____

writ issued 12-4-12
(Signature)