UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                     Case No.   CR 12-295 PAM/AJB

        Plaintiff,

        v.                                          ORDER OF PRELIMINARY
                                                    DETENTION PENDING HEARING
                                                    <u>PURSUANT TO BAIL REFORM ACT</u>

Eric Wade Forcier (1),

        Defendant.

_____

      Upon motion of the United States it is ORDERED that a

detention/arraignment hearing is set for December 7, 2012 at 2:30 p.m. before

Magistrate Judge Jeanne J. Graham, 3B US Courthouse, 316 North Robert Street, St.

Paul, Minnesota.  Pending this hearing, the Defendant shall be held in custody by the

United States Marshal and produced for the hearing.

Dated:  December 4, 2012

                                   _s/ *Jeanne J. Graham*_
                                   JEANNE J. GRAHAM
                                   United States Magistrate Judge

_____

\*    If not held immediately upon Defendant's first appearance, the hearing may be continued for up to
    three days upon motion of the Government, or up to five days upon motion of the Defendant.  18
    U.S.A. §3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.  Subsection
    (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection
    (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the
    judicial officer's own motion if there is a serious risk that the Defendant (a) will flee; or (b) will obstruct
    or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injury, or
    intimidate a prospective witness or juror.