UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.  12- 295 (1)(PAM /AJB)

| | |
|---|---|
| United States Of America, | ) |
| Plaintiff, | ) **MOTION FOR EXTENSION OF TIME** |
| | ) **TO FILE PRETRIAL MOTIONS AND** |
| | ) **PRETRIAL SCHEDULE** |
| vs. | ) |
| Eric Wade Forcier, | ) |
| Defendant. | ) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PLEASE TAKE NOTICE that the defendant hereby moves the Court to extend the time to file Pretrial Motions from December 21, 2012 to January 7, 2013.  Counsel would also request that the Pretrial Hearing be rescheduled to the week of January 14 - 18 2013.  The basis of the request is that the defendant's counsel needs time to review discovery with his client and will be out of town during the Holiday Season.  The government does not object.  Co-defendant Julie Campana, joins in this request

This Motion is based on all the files, records and proceedings herein in the above-entitled matter.

Respectfully submitted,

Dated:   December 17, 2012

/S/   Kyle D. White
Kyle D. White, Attorney ID# 22599X
Attorney for Defendant
332 Minnesota Street, Suite W-1710
St. Paul, Minnesota  55101
Telephone: (651)  227-8751