UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 12-295(1) (PAM/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | INFORMATION |
| v. | |
| ERIC WADE FORCIER, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Interference With Commerce By Robbery)

On or about October 22, 2012, in the State and District of Minnesota, the defendant,

**ERIC WADE FORCIER,**

obstructed, delayed, and affected commerce, and the movement of any article or commodity in commerce, by robbery, namely the unlawful taking or obtaining of personal property from the person or the presence of another, against his or her will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his or her person or property, in violation of Title 18, United States Code, Section 1951.

### COUNT 2
(Interference With Commerce By Robbery)

On or about October 29, 2012, in the State and District of Minnesota, the defendant,

**ERIC WADE FORCIER,**

SCANNED
MAR 27 2013
U.S. DISTRICT COURT MPLS

FILED   MAR 2 7 2013
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED _____
DEPUTY CLERK'S INITIALS _____

obstructed, delayed, and affected commerce, and the movement of any article or commodity in commerce, by robbery, namely the unlawful taking or obtaining of personal property from the person or the presence of another, against his or her will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his or her person or property, in violation of Title 18, United States Code, Section 1951.

## COUNT 3
### (Using, Carrying, & Brandishing a Firearm During Robbery)

On or about October 29, 2012, in the State and District of Minnesota, the defendant,

**ERIC WADE FORCIER,**

during and in relation to the crime of violence charged in Count 2 of this Information, used, carried, and brandished a .32 caliber FEG semiautomatic pistol, serial number BK1827, in violation of Title 18, United States Code, Section 924(c).

## COUNT 4
### (Felon in Possession of a Firearm)

On or about October 29, 2012, in the State and District of Minnesota, the defendant,

**ERIC WADE FORCIER,**

having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, namely:

| CHARGE | CONVICTION or ADJUDICATION DATE | JURISDICTION |
|---|---|---|
| 2nd Degree Drug Possession | November 24, 2008 | Dakota County, MN |
| Possession of Stolen Property | April 1, 2008 | Dakota County, MN |
| 5th Degree Drug Possession | May 21, 2007 | Dakota County, MN |
| 5th Degree Drug Possession | May 21, 2007 | Dakota County, MN |
| Fleeing Police in a Motor Vehicle | May 21, 2007 | Dakota County, MN |

knowingly and intentionally possessed in and affecting interstate and foreign commerce, a firearm, namely one (1) .32 caliber FEG semiautomatic pistol, serial number BK1827, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Dated: *March 24, 2013*

B. Todd Jones
United States Attorney

BY: ALLEN A. SLAUGHTER
Assistant U.S. Attorney
Attorney ID No. 301668