UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
12-CR-295(1) (PAM)

_____

United States of America,

                Plaintiff

v.

                                    **POSITION OF DEFENDANT WITH
RESPECT TO SENTENCING**

Eric Wade Forcier,

                Defendant

_____

Counsel represents to the court that he has reviewed the Presentence Report with the defendant and has informed the United States Probation Office and the attorney for the government of no significant disputed factual information. The defendant pled guilty pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) agreeing to a sentence of 240 months, which falls within the sentencing guideline range estimated by probation in the presentence investigation report.

Therefore, the defendant respectfully requests the court to adopt the plea agreement as presented to the court. For these reasons, defendant respectfully believes a sentence consistent with the plea agreement is appropriate..

Dated: June 24, 2013                              Respectfully submitted,

                                       /S/  Kyle D. White_____
                                     Kyle D. White, Atty ID# 22599X
                                     332 Minnesota Street, Suite W1710
                                     St. Paul, Minnesota 55101
                                     Telephone: (651) 227-8751