# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

United States of America

      v.                      **SENTENCING NOTICE**

                     **Case Number Crim. 12-295(1) PAM**

Eric Wade Forcier

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

                Courtroom #7D (7th Floor)
                316 North Robert Street
                St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Tuesday, July 16, 2013 @ 10:00 AM for sentencing.**

                                              RICHARD SLETTEN, CLERK

Dated: June 25, 2013

                                              *s/Suzanne M. Ruiz*
                                              Suzanne M. Ruiz, Calendar Clerk

cc:     Allen Slaughter - A.U.S.A.
        Kyle D. White
        U.S. Marshal
        U.S. Probation