# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,                   )          **COURT MINUTES - CRIMINAL**
                    Plaintiff,      )

| | | |
|---|---|---|
| v. | Case No: | Criminal 12-295(1) PAM |
| | Date: | July 16, 2013 |
| | Court Reporter: | Ron Moen |
| Eric Wade Forcier, | Courthouse: | St. Paul |
| Defendant. | Courtroom: | 7D |
| | Time Commenced: | 10:00 am |
| | Time Concluded: | 10:30 am |
| | Sealed Hearing Time: | |
| | Time in Court: | Hours & 30 Minutes |

Before Paul A. Magnuson, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:     Allen Slaughter
    For Defendant:   Kyle D. White   ☐ FPD ☒ CJA ☐ Retained ☐ Appointed

    ☒ **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to: Custody of the Bureau of Prisons for 240 months.  156 months as to each Count 1s,2s, & 4s to run concurrent to each other.  84 months as to Ct. 3s to run consecutive to term imposed on Cts. 1s, 2s, & 4s.  Supervised release term of 5 years.   3 years as to Cts. 1s, 2s, & 4s and 5 years as to Ct. 3s to run concurrent.

    ☒ Special conditions of :

                   **See J&C for special conditions**

    ☒ Defendant sentenced to pay:
        ☒ Restitution in the amount of $4,288.00.
        ☒ Special assessment in the amount of $400.00 to be paid .

    ☒ Plea and plea agreement accepted.
    ☐ Execution of sentence of imprisonment suspended until.
    ☐ Execution of sentence of fine suspended.
    ☒ On Motion of the Gov't., the indictment  is dismissed as to this defendant only.
    ☐ Motion for departure is  ☐ granted    ☐ denied.
    ☒ Defendant remanded to the custody of the U.S. Marshal.

                                                  s/Suzanne M. Ruiz
                                                   Calendar Clerk