# UNITED STATES DISTRICT COURT

## District of Minnesota

| | |
|---|---|
| United States of America, | Criminal No. 12-295 (PAM/AJB) |
| Plaintiff, | |
| v. | **JUDGMENT IN A CRIMINAL CASE** |

1. Eric Wade Forcier, and

2. Julie Ann Campana,

       Defendants.

(x)  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion of the United States for a Final Order of Forfeiture [Docket No. 82] is GRANTED;

2. All right, title and interest in the .32 caliber FEG pistol, serial number BK1827, and all associated ammunition, is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1), in conjunction with 28 U.S.C. § 2461(c); and

3. The above-described property shall be disposed of by the United States in accordance with law.

Date:  October 2, 2013                                              RICHARD D. SLETTEN, CLERK

      s/Leah E. Gilgenbach

(By) Leah E. Gilgenbach, Deputy Clerk